# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HOWARD JACKSON

NO. 2022 KW 0507

**JULY 18, 2022**

---

In Re:    Howard Jackson, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 83-1004.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
     FOR THE COURT